USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/13/2024_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Plaintiffs,

-against-

MARK FURER, a/k/a ELIE MOCHE FURER, individually, and HENLI BENJAMIN, individually,

Defendants.

24 Civ. 63 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 8, 2024, the Court ordered the parties to file a joint letter and jointly proposed case management plan by March 11, 2024. ECF No. 8 ¶ 1. Those submissions are now overdue, and Defendants have not appeared in this action. Accordingly, by **April 3, 2024**, the parties shall file a joint letter and proposed case management plan.

SO ORDERED.

Dated: March 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge