

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/7/2024__

May 3, 2024

**VIA ELECTRONIC CASE FILING**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   **Re:** **Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Mark Furer a/k/a/Elie Moche Furer et al, 24 CV 0063 (AT)**

Dear Judge Torres:

  This firm represents the Plaintiffs in the above-referenced case. We write jointly with counsel for Defendant Mark Furer a/k/a/ Elie Moche Furer ("Defendant Furer") to inform the Court that the above-captioned action is stayed pursuant to 11 U.S.C. § 362.

  On March 22, 2024, Defendant Henli Benjamin ("Defendant Benjamin") filed a voluntary petition under Chapter 7 of the Bankruptcy Code, in the Bankruptcy Court of the Eastern District of New York, Case No. 24-41222-nhl. Accordingly, the parties request that the Court stay this case pending resolution of Defendant Benjamin's bankruptcy proceeding.

  We thank the Court for its time and attention to this matter.

                Respectfully submitted,

---

GRANTED. The action is STAYED pending Defendant Benjamin's bankruptcy proceeding. The parties shall file a joint status update by **July 16, 2024**, or the resolution of the bankruptcy proceeding, whichever is sooner.

SO ORDERED.

Dated: May 7, 2024
   New York, New York

                _____
                ANALISA TORRES
                United States District Judge