

VIRGINIA
& AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (908) 490-6389

**Adrianna R. Grancio, Esq.**
Partner
agrancio@vandallp.com

November 18, 2024

<u>**VIA ELECTRONIC CASE FILING**</u>

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   Trustees of the New York City District Council of Carpenters
> Pension Fund, et al. v. Mark Furer a/k/a/Elie Moche Furer et al, 24
> <u>CV 0063 (AT)</u>

Dear Judge Torres:

This firm represents the Plaintiffs in the above-referenced case. We write jointly with counsel for Defendant Mark Furer a/k/a/ Elie Moche Furer ("Defendant Furer") to provide the Court with a status update pursuant to the Court's Order dated September 19, 2024 (ECF Doc. No. 21).

In or around early May 2024, Plaintiffs and Defendant Furer became aware of and confirmed that on March 22, 2024, Defendant Henli Benjamin filed a voluntary petition under Chapter 7 of the Bankruptcy Code, in the Bankruptcy Court of the Eastern District of New York, Case No. 24-41222-nhl. On October 2, 2024, the Chapter 7 Trustee identified assets of the Debtor. The deadline to file a proof of claim is December 31, 2024. However, on November 7, 2024, the Chapter 7 Trustee issued a report of no distribution. On November 13, 2024 an order of discharge was entered.

On May 23, 2024, Plaintiffs sent a settlement demand to Defendant Furer. After following up on June 18 and July 1, 2024, to inquire about Furer's settlement position, counsel for Defendant Furer responded on July 24, 2024, with a letter outlining Furer's position along with factual and legal challenges to Plaintiffs' claims. On July 25, 2024, Plaintiffs replied to that letter, addressing and clarifying several points. Later that day, counsel had a brief call, agreeing to reconvene for settlement discussions once Defendant Furer's counsel had completed a thorough review of Plaintiffs' response. On August 20, 2024, Plaintiffs emailed Defendant Furer's counsel for an update on the review and Furer's settlement stance. On October 28, 2024, Plaintiffs emailed Defendant Furer's counsel to inquire as to Furer's settlement position. To date, no response has

been received, and no further settlement discussions have occurred. Since the bankruptcy action has concluded, the parties request that a scheduling order be issued.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Adrianna R. Grancio*
Adrianna R. Grancio, Esq.
*Attorneys for Plaintiffs*

_____/s/_____
Jessica Giambrone Palmese, Esq.
*Attorneys for Defendant Furer*

Cc: Asher White, Esq. *(via email)*
    *Counsel for Defendant Henli Benjamin*