AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT ) <br> *Plaintiff* ) <br> v. ) <br> MARK FURER, a/k/a ELIE MOCHE FURER, ) <br> *Defendant* ) | Case No.   1:24-cv-00063-AT |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MARK FURER, a/k/a ELIE MOCHE FURER.

Date:   12/12/2024

/s/ Avram E. Frisch
*Attorney's signature*

Avram E. Frisch (AF0187)
*Printed name and bar number*

1 University Plaza, Suite 119
Hackensack, NJ 07601

*Address*

frischa@avifrischlaw.com
*E-mail address*

(201) 289-5352
*Telephone number*

(866) 883-9690
*FAX number*