UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

         Plaintiffs,

-against-

MARK FURER, a/k/a ELIE MOCHE FURER, individually, and HENLI BENJAMIN, individually,

         Defendants.

1:24-cv-00063-AT

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK FURER a/k/a ELIE MOCHE FURER**

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK FURER

The undersigned counsel respectfully requests that the Court allow her to withdraw as counsel for Defendant Mark Furer, a/k/a Elie Moche Furer ("Defendant" or "Mr. Furer"). Mr. Furer has retained alternative counsel, Avram E. Fisch, who has now appeared in this action, and will substitute as counsel. (ECF No. 26). Defendant has been notified and stipulates to the withdrawal of the undersigned counsel. Avram E. Frisch, Esq. of The Law Office of Avram E. Frisch will continue in the representation of Defendant. My withdrawal as counsel will not affect any of the pending deadlines. The undersigned is not asserting a retaining or charging lien.

Based on the foregoing, the undersigned requests that the Court issue an Order granting this Motion to Withdraw.

/S/Jessica G. Palmese
Jessica G. Palmese
**EPSTEIN BECKER GREEN**
875 Third Avenue
New York, NY 10022
JPalmese@ebglaw.com
*Withdrawing Attorney for Defendant*

So Stipulated: _____
Mark Furer, Defendant

CC: Avram E. Fisch, via Email.