```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Plaintiffs,

-against-

MARK FURER, a/k/a ELIE MOCHE FURER, individually, and HENLI BENJAMIN, individually,

Defendants.

24 Civ. 63 (AT) (OTW)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable Ona T. Wang for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| ☒ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

SO ORDERED.

Dated: January 28, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge