**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,

        Plaintiff,

        -against-

MARK FURER, et al.,

        Defendants.

-------------------------------------------------------------x

24-cv-0063 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Tuesday, April 08, 2025 at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: February 3, 2025                                        **Ona T. Wang**
       New York, New York                        United States Magistrate Judge