USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/25/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Plaintiffs,

-against-

MARK FURER, a/k/a ELIE MOCHE FURER, individually, and HENLI BENJAMIN, individually,

Defendants.

24 CV 0063 (AT)

**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned action hereby be dismissed against Defendant Henli Benjamin without prejudice and without costs in favor of any party as against another.

Dated: New York, New York
    February 21, 2025

**VIRGINIA & AMBINDER, LLP**

By: */s/ Adrianna R. Grancio*
Adrianna R. Grancio, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Tel.: (212) 943-9080
agrancio@vandallp.com
*Attorneys for Plaintiffs*

SO ORDERED.

Dated: February 25, 2025
    New York, New York

ANALISA TORRES
United States District Judge