

March 28, 2025

Hon. Ona T. Wang, U.S.M.J.
500 Pearl St.
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007-1312

<u>**Via Electronic Filing**</u>

      Re:      1:24-cv-00063-AT
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, v. MARK FURER et al

Dear Judge Torres:

    This firm represents Mark Furer, defendant in the above action.  This joint letter motion is to request a 45 day extension of all discovery dates in the case management plan so that the parties can meet and discuss settlement of the dispute.  Defendant has made a framework proposal and it will require some time for the Funds to respond and then if the framework is acceptable to work out the precise details of a settlement.

                                                     Very truly yours,

                                                     Avram E. Frisch

Cc: Adriana Grancio, Esq.




Analisa N Torres

