

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/31/2025__

March 28, 2025

Hon. Ona T. Wang, U.S.M.J.
500 Pearl St.
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007-1312

**<u>Via Electronic Filing</u>**

  Re: 1:24-cv-00063-AT
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND,
v. MARK FURER et al

Dear Judge Torres:

  This firm represents Mark Furer, defendant in the above action. This joint letter motion is to request a 45 day extension of all discovery dates in the case management plan so that the parties can meet and discuss settlement of the dispute. Defendant has made a framework proposal and it will require some time for the Funds to respond and then if the framework is acceptable to work out the precise details of a settlement.

              Very truly yours,

              Avram E. Frisch

Cc: Adriana Grancio, Esq.

  GRANTED.

  SO ORDERED.

  Dated: March 31, 2025
     New York, New York         _____
                   ANALISA TORRES
                  United States District Judge