UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND,

          Plaintiff,

-against-

MARK FURER, et al.,

          Defendants.

-------------------------------------------------------------x

24-cv-0063 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to file a joint status letter by **Friday, May 30, 2025**, stating whether they believe further settlement discussions would be productive, and, if so, proposing three dates and times in June when all counsel is available for a preliminary settlement conference call.

    **SO ORDERED.**

Dated: April 8, 2025
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge