

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile:  (908) 490-6389

**Adrianna R. Grancio, Esq.**
Partner
agrancio@vandallp.com

May 30, 2025

<u>VIA ELECTRONIC CASE FILING</u>

Hon. Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Mark Furer a/k/a/Elie Moche Furer et al, 24 CV 0063 (AT) (OTW)</u>

Dear Judge Wang:

  This firm represents the Plaintiffs in the above-referenced case. We write jointly with counsel for Defendant Mark Furer a/k/a/ Elie Moche Furer ("Defendant Furer") to provide the Court with a status update pursuant to the Court's Order dated April 8, 2025 (ECF Doc. No. 42).

  On March 28, 2025, Plaintiffs transmitted a settlement demand to Defendant Furer. In response, counsel requested that a settlement meeting be held with Mr. Furer's financial advisor present. An initial meeting took place on May 23, 2025, with Mr. Furer's financial advisor in attendance. Following that discussion, Plaintiffs concluded that additional financial information from Mr. Furer would be necessary to facilitate further substantive settlement negotiations. Counsel and Mr. Furer's financial advisor are currently reviewing Plaintiffs' request for financial documents and anticipate providing a response no later than June 6, 2025.

  Given these circumstances, the parties agree that a settlement conference call will be most productive after Plaintiffs have had the opportunity to review the financial information and conduct one additional meeting with Defendant Furer. Accordingly, the parties respectfully request that a preliminary settlement conference call be scheduled for July 2025. The parties are currently available on the following dates: July 7, 8, 10, 14, 17, 19, 22, 24, 28, and 29.

1

We thank the Court for its time and attention to this matter.

                                                Respectfully submitted,

                                                */s/ Adrianna R. Grancio*
                                                Adrianna R. Grancio, Esq.
                                                *Attorneys for Plaintiffs*

                                                _____/s/_____
                                                Avram E. Frisch, Esq.
                                                *Attorneys for Defendant Furer*