**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

TRUSTEES OF THE NEW YORK CITY DISTRICT  :
COUNCIL OF CARPENTERS PENSION FUND,  :
WELFARE FUND, ANNUITY FUND, AND  :        24-CV-00063 (AT) (OTW)
APPRENTICESHIP, JOURNEYMAN RETRAINING,  :
EDUCATIONAL AND INDUSTRY FUND, et al.,  :        **SCHEDULING ORDER**
                                              :
              Plaintiffs,  :
                                              :
             -against-  :
                                              :
MARK FURER, et al.,  :

             Defendants.

-------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court will hold a **Preliminary Settlement Conference Call on Thursday, July 17,**

**2025 at 2:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

        **SO ORDERED.**

                                          *s/ Ona T. Wang*
                                            **Ona T. Wang**
Dated: June 3, 2025                           United States Magistrate Judge
     New York, New York