UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                    Plaintiffs,

-against-

MARK FURER, a/k/a ELIE MOCHE FURER, individually,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/9/2025

24 Civ. 63 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

    On January 28, 2025, the Court referred this matter to the Honorable Ona T. Wang for general pretrial and settlement purposes. ECF No. 35. Judge Wang has scheduled a preliminary settlement conference call for July 17. ECF No. 45. Accordingly, the case management conference scheduled before the undersigned for June 16, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: June 9, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge