

40 Broad Street, 7th Floor
New York, NY 10004
Tel. (212) 943-9080
Fax (212) 943-9082

**Adrianna R. Grancio**
Partner
agrancio@vandallp.com

July 7, 2025

**VIA ECF**

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Mark Furer a/k/a Elie Moche Furer et al., 24 CV 063 (AT)(OTW)*

Dear Judge Wang:

    This firm represents the Plaintiffs in the above captioned matter. We write jointly with counsel for Defendant Mark Furer a/k/a Elie Moche Furer ("Furer") to respectfully request an adjournment of the preliminary settlement conference call scheduled for Thursday, July 17, 2025 at 2:30 p.m. (ECF Doc. No. 45).

    The parties have reached an agreement in principle which will fully resolve this matter. The parties are in the process of drafting a written agreement to memorialize the same. Therefore, to conserve the time and resources of both the Court and the parties, Plaintiffs and Defendant Furer respectfully request that the preliminary settlement conference call be adjourned *sine die*, or alternatively, rescheduled to a date in August 2025 that is convenient for the Court.

    The parties thank the Court for its time and attention to this matter.

                                    Respectfully submitted,

                                      _____/s/_____
                                      Adrianna R. Grancio, Esq.
                                      *Attorneys for Plaintiffs*



                                                                                    _____/s/_____
                                                                                    Avrim E. Frisch, Esq.
                                                                                    *Attorneys for Defendant Furer*