UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br>                                                    Plaintiffs, <br><br> -against- <br><br> MARK FURER, a/k/a ELIE MOCHE FURER, individually, and HENLI BENJAMIN, individually <br><br>                                                    Defendants. | 24 CV 0063 (AT) (OTW) <br><br> **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs, Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and the Carpenter Contractor Alliance of Metropolitan New York and Defendant Mark Furer a/k/a Elie Moche Furer through their undersigned counsel, that whereas no party hereto is an infant, incompetent person, or conservatee, the above-captioned action is hereby dismissed with prejudice, without cost to any party as against the other, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in facsimile and/or electronically scanned counterparts and may be filed without further notice with the Clerk of Court.

Dated: New York, New York
      August _18_, 2025

**VIRGINIA & AMBINDER, LLP**

By: _/s/ Adrianna Grancio_
    Adrianna R. Grancio, Esq.
*Attorneys for Plaintiffs*
40 Broad Street, 7th Floor
New York, New York 10004
agrancio@vandallp.com

Dated: Commack, New York
      August _18_, 2025

**THE LAW OFFICE OF AVRAM E. FRISCH LLC**

By: _Avram E. Frisch_
    Avram E. Frisch, Esq.
*Attorneys for Defendant Furer*
1 University Plaza, Suite 119
Hackensack, New Jersey 07601
frischa@avifrischlaw.ocom

SO ORDERED:

_____
Hon. Analisa Torres, U.S.D.J.

Dated:

2